1  Sarah Wager (State Bar No. 209277)
   sarah.wager@dechert.com
2  **DECHERT LLP**
   2440 W. El Camino Real, Suite 700
3  Mountain View, CA  94040-1499
   Telephone:     650.813.4800
4  Facsimile:     650.813.4848

5  Michael S. Doluisio (Admitted *Pro Hac Vice*)
   michael.doluisio@dechert.com
6  Karen C. Daly (Admitted *Pro Hac Vice*)
   karen.daly@dechert.com
7  **DECHERT LLP**
   Cira Center, 2929 Arch Street
8  Philadelphia, PA  19104
   Telephone:     215.994.4000
9  Facsimile:     215.994.2222

10 Attorneys for Defendants
   MOBILEFUNSTER, INC. and FUNMOBILE
11 GAMES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MELINDA AMEZCUA, individually and on behalf of a class similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, a Delaware general partnership, MOBILEFUNSTER, INC. D/B/A FUNMOBILE, a Delaware corporation, FUNMOBILE GAMES, INC., a Delaware corporation,<br><br>Defendants. | Case No. 5:08-CV-4390-PVT<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

    WHEREAS on September 18, 2008 defendants Mobilefunster, Inc. and Funmobile, Inc. ("Funmobile Defendants") filed a Notice of Removal with this Court;

    WHEREAS on September 18, 2008 the Court issued an Order Setting Initial Case Management Conference and ADR Deadlines, which set the Initial Case Management Conference

for January 27, 2009 at 10:00 a.m., and related case management deadlines flowing from that date (Document No. 3);

WHEREAS Plaintiff filed a Motion to Remand, which will be opposed by the Funmobile Defendants, and is set for hearing on December 16, 2008 (Document No. 5);

WHEREAS the parties believe that the issues to be discussed at the Case Management Conference and the related case management deadlines may become moot if the Court grant's Plaintiff's Motion to Remand;

WHEREAS on October 27, 2008 Plaintiff, and defendant Cello Partnership, LLC d/b/a/ Verizon Wireless ("Verizon Wireless") stipulated that the time for Verizon Wireless to plead or otherwise respond to the complaint would be extended to January 19, 2009 (Document No. 6); and

WHEREAS on October 29, 2008 Plaintiff and the Funmobile Defendants stipulated that the Funmobile Defendants shall have an extension of time to answer, move or otherwise plead in response to the First Amended Class Action Complaint until thirty (30) days after Plaintiffs' motion to remand is finally ruled upon (Document No. 10);

NOW, THEREFORE, based on the foregoing, the parties do hereby stipulate, by and through their counsel of record, to move the Case Management Conference from January 27, 2008 to March 24, 2008 at 10:00 a.m., that all related case management deadlines be reset in accordance therewith, and respectfully request that the Court enter an order reflecting same.

Dated: November 7, 2008          DECHERT LLP

                                 By:/s/ Sarah Wager
                                    Sarah Wager
                                    Attorneys for Defendants
                                    MOBILEFUNSTER, INC. and FUNMOBILE
                                    GAMES, INC.

                                 Michael S. Doluisio (Admitted *Pro Hac Vice*)
                                 michael.doluisio@dechert.com
                                 Karen C. Daly (Admitted *Pro Hac Vice*)
                                 karen.daly@dechert.com
                                 **DECHERT LLP**
                                 Cira Center, 2929 Arch Street
                                 Philadelphia, PA  19104
                                 Telephone:   215.994.4000
                                 Facsimile:   215.994.2222

Dated: November 7, 2008                     PARISI & HAVENS, LLP

                                            By:/s/ David C. Parisi
                                               David C. Parisi
                                               Attorneys for Plaintiff MELINDA AMEZCUA,
                                               Individually and on behalf of a class of similarly
                                               situated individuals

Dated: November 7, 2008                     MORRISON & FOERSTER LLP

                                            By:/s/ Geoffrey Graber
                                               Dan Marmalefsky
                                               Penelope A. Preovolos
                                               Geoffrey Graber
                                               Attorneys for Defendant CELLCO PARTNERSHIP
                                               LLP d/b/a VERIZON WIRELESS

### GENERAL ORDER 45 ATTESTATION

I, Sarah Wager, am the ECF user whose ID and password are being used to file this Stipulation to Continue Case Management Conference. In compliance with General Order 45, I hereby attest that David Parisi of Parisi & Havens and Geoffrey Graber of Morrison & Foerster have concurred in this filing.

Dated: November 7, 2008                     DECHERT LLP

                                            By:/s/ Sarah Wager
                                               Sarah Wager
                                               Attorneys for Defendants
                                               MOBILEFUNSTER, INC. and FUNMOBILE
                                               GAMES, INC.

        IT IS SO ORDERED

Dated:    11/10/08

                                            *Patricia V. Trumbull*
                                            UNITED STATES ~~DISTRICT COURT~~ JUDGE
                                                         MAGISTRATE