Sarah Wager (State Bar No. 209277)
sarah.wager@dechert.com
**DECHERT LLP**
2440 W. El Camino Real, Suite 700
Mountain View, CA  94040-1499
Telephone:    650.813.4800
Facsimile:    650.813.4848

Michael S. Doluisio (Admitted *Pro Hac Vice*)
michael.doluisio@dechert.com
Karen C. Daly (Admitted *Pro Hac Vice*)
karen.daly@dechert.com
**DECHERT LLP**
Cira Center, 2929 Arch Street
Philadelphia, PA  19104
Telephone:    215.994.4000
Facsimile:    215.994.2222

Attorneys for Defendants
MOBILEFUNSTER, INC. and FUNMOBILE
GAMES, INC.

**E-Filed 1/14/09**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MELINDA AMEZCUA, individually and on behalf of a class similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, a Delaware general partnership, MOBILEFUNSTER, INC. D/B/A FUNMOBILE, a Delaware corporation, FUNMOBILE GAMES, INC., a Delaware corporation,<br><br>Defendants. | Case No. 5:08-CV-4390-JF<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

1    WHEREAS this case was initially assigned to Magistrate Patricia Trumbull, and was set
2  for Initial Case Management Conference on January 27, 2009 at 10:00 a.m. (Document No. 3);
3    WHEREAS on November 11, 2008 Magistrate Trumbull issued a Stipulation and Order
4  to Continue Case Management Conference, which moved the Initial Case Management
5  Conference from January 27, 2009 to March 24, 2009 (Docket No. 16);
6    WHEREAS on December 4, 2008 the case was reassigned to the Honorable Jeremy
7  Fogel;
8    WHEREAS the Clerk's Notice of Impending Reassignment vacated the January 27, 2009
9  Case Management Conference before Magistrate Trumbull (which had already been vacated by
10 Docket No. 16) and set the case for a Case Management Conference on January 30, 2009 before
11 Judge Fogel (Docket No. 24);
12   WHEREAS defendants Mobilefunster, Inc. and Funmobile Games, Inc. ("Funmobile
13 Defendants") filed a Notice of Removal with this Court and Plaintiff filed a Motion to Remand,
14 which will be set for hearing on March 13, 2009;
15   WHEREAS the parties believe that the issues to be discussed at the Case Management
16 Conference and the related case management deadlines may become moot if the Court grant's
17 Plaintiff's Motion to Remand;
18   NOW, THEREFORE, based on the foregoing, the parties do hereby stipulate, by and
19 through their counsel of record, to move the Case Management Conference from January 30,
20 2009 to April 24, 2009 at 10:30 a.m., that all related case management deadlines be reset in
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE; CASE NO: 5:08-CV-4390-JF    1

13346172.1

accordance therewith, and respectfully request that the Court enter an order reflecting same.

Dated: January 12, 2009               DECHERT LLP


                                      By: /s/ Sarah Wager
                                          Sarah Wager
                                          Attorneys for Defendants
                                          MOBILEFUNSTER, INC. and FUNMOBILE
                                          GAMES, INC.

                                          Michael S. Doluisio (Admitted *Pro Hac Vice*)
                                          michael.doluisio@dechert.com
                                          Karen C. Daly (Admitted *Pro Hac Vice*)
                                          karen.daly@dechert.com
                                          **DECHERT LLP**
                                          Cira Center, 2929 Arch Street
                                          Philadelphia, PA  19104
                                          Telephone:   215.994.4000
                                          Facsimile:   215.994.2222

Dated: January 12, 2009               PARISI & HAVENS, LLP


                                      By: /s/ David C. Parisi
                                          David C. Parisi
                                          Attorneys for Plaintiff MELINDA AMEZCUA,
                                          Individually and on behalf of a class of similarly
                                          situated individuals

Dated: January 12, 2009               MORRISON & FOERSTER LLP


                                      By: /s/ Geoffrey Graber
                                          Dan Marmalefsky
                                          Penelope A. Preovolos
                                          Geoffrey Graber
                                          Attorneys for Defendant CELLCO PARTNERSHIP
                                          LLP d/b/a VERIZON WIRELESS


                        GENERAL ORDER 45 ATTESTATION

   I, Sarah Wager, am the ECF user whose ID and password are being used to file this

Stipulation to Continue Case Management Conference. In compliance with General Order 45, I

/ / /

/ / /

/ / /

...

hereby attest that David Parisi of Parisi & Havens and Geoffrey Graber of Morrison & Foerster have concurred in this filing.

Dated: January 12, 2009                    DECHERT LLP

By: /s/ Sarah Wager
    Sarah Wager
    Attorneys for Defendants
    MOBILEFUNSTER, INC. and FUNMOBILE GAMES, INC.

IT IS SO ORDERED

Dated: 1/14/09

_____
UNITED STATES DISTRICT COURT JUDGE