\*\*E-Filed 3/5/09\*\*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MELINDA AMEZCUA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CELLCO PARTNERSHIP, et al.,<br><br>　　　　　　Defendants. | Case Number C 08-4390 JF (PVT)<br><br>ORDER DIRECTING CLERK TO FILE CORRESPONDENCE DATED FEBRUARY 27, 2009; AND REQUESTING A RESPONSE |

The Court has received correspondence from counsel for Mobilefunster, Inc., dated February 27, 2009, suggesting that the Court continue the March 13, 2009 hearing on Plaintiff's motion for remand.

The Clerk of the Court is directed to file the correspondence.

Any response to the correspondence shall be filed and served on or before Monday, March 9, 2009.

IT IS SO ORDERED.

DATED:  March 5, 2009

_____
JEREMY FOGEL
United States District Judge

Case No. C 08-4390 JF (PVT)
ORDER DIRECTING CLERK TO FILE CORRESPONDENCE DATED FEBRUARY 27, 2009; AND REQUESTING A RESPONSE
(JFLC2)

Copies of Order served on:

Dan Edward Marmalefsky dmarmalefsky@mofo.com, skay@mofo.com

David Christopher Parisi dcparisi@msn.com, shavensbeckman@msn.com

Geoffrey Aaron Graber ggraber@mofo.com, ppomerantz@mofo.com

Michael S. Doluisio michael.doluisio@dechert.com

Penelope Athene Preovolos ppreovolos@mofo.com, kfranklin@mofo.com

Sarah Wager sarah.wager@dechert.com, carol.skogstrom@dechert.com

Karen C. Daly
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104

2
Case No. C 08-4390 JF (PVT)
ORDER DIRECTING CLERK TO FILE CORRESPONDENCE DATED FEBRUARY 27, 2009; AND REQUESTING A RESPONSE
(JFLC2)