**E-Filed 3/12/09**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MELINDA AMEZCUA, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, a Delaware general partnership, MOBILEFUNSTER, INC. d/b/a FUNMOBILE, a Delaware corporation, FUNMOBILE GAMES, INC., a Delaware corporation,<br><br>Defendants. | Case Number C 08-4390 JF (PVT)<br><br>ORDER[1] GRANTING REQUEST TO CONTINUE HEARING |

Currently pending before this Court is Plaintiff's motion to remand the instant action to the Santa Clara Superior Court. Defendants have advised the Court of a nearly identical action in which a judge in this district granted the plaintiff's motion to remand after considering substantially the same arguments as those presented here. In that action, the defendants then timely filed a petition for review of the district court's remand order pursuant to 28 U.S.C. §

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 08-4390 JF (PVT)
ORDER GRANTING REQUEST TO CONTINUE HEARING
(JFLC3)

1453 of the Class Action Fairness Act. Defendants in this case now urge the Court to continue the hearing date on Plaintiff's motion to remand on the ground that the Ninth Circuit may well decide precisely the issues presented here. Having considered the parties' arguments, the Court agrees that considerations of judicial economy weigh strongly in favor of a continuance. Accordingly, the Court will vacate the March 13, 2009 hearing on Plaintiff's motion to remand and will set the motion for hearing on June 26, 2009 at 9 AM. Should the Ninth Circuit act before that time, the Court will entertain a motion to shorten time on the hearing pursuant to Civil Local Rule 6-3.

**IT IS SO ORDERED.**

DATED: 3/12/09

JEREMY FOGEL
United States District Judge

1  This Order has been served electronically upon the following persons:

2  Dan Edward Marmalefsky    dmarmalefsky@mofo.com, skay@mofo.com

3  David Christopher Parisi    dcparisi@msn.com, shavensbeckman@msn.com

4  Geoffrey Aaron Graber    ggraber@mofo.com, ppomerantz@mofo.com

5  Michael S. Doluisio    michael.doluisio@dechert.com

6  Penelope Athene Preovolos    ppreovolos@mofo.com, kfranklin@mofo.com

7  Sarah Wager    sarah.wager@dechert.com, carol.skogstrom@dechert.com

8  Notice has been delivered by other means to:

9  Karen C. Daly
   Dechert LLP
10 Cira Centre
   2929 Arch Street
11 Philadelphia, PA 19104

3

Case No. C 08-4390 JF (PVT)
ORDER GRANTING REQUEST TO CONTINUE HEARING
(JFLC3)