**E-Filed 3/24/09**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MELINDA AMEZCUA, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, a Delaware general partnership, MOBILEFUNSTER, INC. d/b/a FUNMOBILE, a Delaware corporation, FUNMOBILE GAMES, INC., a Delaware corporation,<br><br>Defendants. | Case Number C 08-4390 JF (PVT)<br><br>**ORDER[1] RESCHEDULING HEARING** |

    Currently pending before this Court is Plaintiff's motion to remand the instant action to the Santa Clara Superior Court.  Defendants advised the Court on March 5, 2009 of a nearly identical action in which a judge in this district granted the plaintiff's motion to remand after considering substantially the same arguments as those presented here.  In that action, the defendants then timely filed a petition for review of the district court's remand order pursuant to

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 08-4390 JF (PVT)
ORDER RESCHEDULING HEARING
(JFLC3)

1  28 U.S.C. § 1453 of the Class Action Fairness Act.  Based on the pendency of that petition, and
2  in the interest of judicial economy, this Court vacated the March 13, 2009 hearing on Plaintiff's
3  motion to remand and reset the motion for hearing on June 26, 2009 at 9 AM.  Since the
4  issuance of its prior order, however, the Court has learned that the Ninth Circuit has denied the
5  subject petition.  Accordingly, to avoid prejudicial delay to Plaintiff, the Court will reschedule
6  the hearing date on the motion for remand for Friday May 1, 2009 at AM.

**IT IS SO ORDERED.**

DATED: 3/24/09

_____
JEREMY FOGEL
United States District Judge

Case No. C 08-4390 JF (PVT)
ORDER RESCHEDULING HEARING
(JFLC3)

1  This Order has been served electronically upon the following persons:

2  Dan Edward Marmalefsky     dmarmalefsky@mofo.com, skay@mofo.com

3  David Christopher Parisi     dcparisi@msn.com, shavensbeckman@msn.com

4  Geoffrey Aaron Graber     ggraber@mofo.com, ppomerantz@mofo.com

5  Michael S. Doluisio     michael.doluisio@dechert.com

6  Penelope Athene Preovolos     ppreovolos@mofo.com, kfranklin@mofo.com

7  Sarah Wager     sarah.wager@dechert.com, carol.skogstrom@dechert.com

8  Notice has been delivered by other means to:

9  Karen C. Daly
   Dechert LLP
10 Cira Centre
   2929 Arch Street
11 Philadelphia, PA 19104

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 08-4390 JF (PVT)
ORDER RESCHEDULING HEARING
(JFLC3)