DAN MARMALEFSKY (CA SBN 95477)
dmarmalefsky@mofo.com
PENELOPE A. PREOVOLOS (CA SBN 87607)
PPreovolos@mofo.com
GEOFFREY GRABER (CA SBN 211547)
GGraber@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000

Attorneys for Defendant
CELLCO PARTNERSHIP LLP d/b/a
VERIZON WIRELESS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MELINDA AMEZCUA, individually and on behalf of a class of similarly situated individuals,<br><br>                Plaintiff,<br><br>     v.<br><br>CELLCO PARTNERSHIP, d/b/a, VERIZON WIRELESS, a Delaware general partnership, MOBILE FUNSTER, INC. d/b/a FUNMOBILE, a Delaware corporation, FUNMOBILE GAMES, INC., a Delaware corporation,<br><br>              Defendants. | Case No.   C-08-04390 JF<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Judge:  Jeremy Fogel |

1    WHEREAS, defendants Mobilefunster, Inc. and Funmobile Games, Inc. ("Funmobile

2  Defendants") filed a Notice of Removal with this Court and plaintiff Melinda Amezcua

3  ("Plaintiff") filed a Motion to Remand;

4    WHEREAS, the Court is scheduled to hear Plaintiff's Motion to Remand on May 1, 2009;

5    WHEREAS, a Case Management Conference in this action is set for April 24, 2009;

6    WHEREAS, the interests of efficiency and preserving judicial resources are best served

7  by continuing the Case Management Conference until after the Court determines whether it has

8  jurisdiction in this matter.

9    NOW, THEREFORE, based on the foregoing, the parties hereby stipulate to continue the

10  Case Management Conference, currently scheduled for April 24, 2009, to June 15, 2009.

11

12  Dated: March 31, 2009            MORRISON & FOERSTER LLP

13

14                                   By:  ___/s/  Penelope A. Preovolos___
                                          Penelope A. Preovolos

15                                   Attorneys for Defendants
                                     CELLCO PARTNERSHIP LLP d/b/a
16                                   VERIZON WIRELESS

17  Dated: March 31, 2009            DECHERT LLP

18

19                                   By:  ___/s/  Sarah Wager___
                                          Sarah Wager

20                                   Attorneys for Defendant
                                     MOBILEFUNSTER, INC. and
21                                   FUNMOBILE GAMES, INC

22  Dated: March 31, 2009            PARISI & HAVENS, LLP

23

24                                   By:  ___/s/  David Parisi___
                                          David C. Parisi

25                                   Attorneys for Plaintiff
26                                   MELINDA AMEZCUA

27

28

1

<u>GENERAL ORDER 45 ATTESTATION</u>

2

3

I, Penelope A. Preovolos, am the ECF user whose ID and password are being used to file

4

this Stipulation and [Proposed] Order to Continue Case Management Conference.  In compliance

5

with General Order 45, I hereby attest that David Parisi of Parisi & Havens, and Sarah Wager of

6

Dechert LLP, has concurred in this filing.

7

MORRISON & FOERSTER LLP

8

9

By:  ____/s/  Penelope Preovolos_____

10

Penelope Preovolos

Attorneys for Defendant

11

VERIZON WIRELESS

12

13

14

15

<u>**ORDER**</u>

16

FOR GOOD CAUSE SHOWN, the Case Management Conference, currently set for

17

19

April 24, 2009, is hereby continued to June ~~15~~, 2009.

18

19

20

IT IS SO ORDERED

21

Dated:  ___4/3/09_____

22

23

_____

HON. JEREMY FOGEL

24

UNITED STATES DISTRICT COURT JUDGE

25

26

27

28